Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** ____

Debtor **Tony Lafrance Brown**　　　SS# **xxx-xx-3978**　　Current Monthly Income $ **2837.03**
Joint Debtor **Ammie Fay Brown**　　SS# **xxx-xx-9175**　　Current Monthly Income $ **1620.98**
Address **6106 Dunns Falls Road Enterprise, MS 39330-0000**　　No. of Dependents **1**
Telephone No. ____　　**TAX REFUNDS AND EIC FOR DISTRIBUTION:** ____

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __**60**__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A) Debtor shall pay $__**1000.00**__ per **(*monthly*)** / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**Wade Transportation**
**Post Office Box 1930**
**Collins MS 39428**

(B) Joint Debtor shall pay $____ per **(monthly / semi-monthly / weekly / bi-weekly )** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ **0.00** @ $ **0.00** /mo
State Tax Commission $ **0.00** @ $ **0.00** /mo Other $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**
**-NONE-**
beginning　in the amount of $ per month shall be paid:
____ direct ____ through payroll deduction ____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**
**-NONE-**
in the amount of $ shall be paid $ per month:
____ through payroll deduction ____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **-Green Tree**　　BEGINNING **7/2011**　　@$ **465.00**　PLAN **(DIRECT)**
MTG ARREARS TO: **-NONE-**　　THROUGH ____ $ ____ @$ ____ /MO*
(*Including interest at %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| 1st Ms FCU | 2008 Saturn | 13,054.00 | 7,500 | 7 % | pay claim + 7% int 910 days | $273.34 |
| Commrcl Bk | 2008 Chrysler 300 | 12,304.00 | 10,000.00 | 7 % | pay claim + 7% int 910 days | $243.63 |

Debtor's Initials **TB**　Joint Debtor's Initials **AB**　　　　CHAPTER 13 PLAN, PAGE 1 OF 2
Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com　　Best Case Bankruptcy

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **Franklin Finance** | **1997 Grand Prix** | **3313.00** | **1500.00** | 7 % | pay claim + 7% int 910 days | **$65.60** |
| **Utd. Credit** | **1999 Chevy** | **2530.00** | **2000.0** | 7 % | pay claim + 7% int 910 days | **$50.10** |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| **-Comm. Bank** | **2006 Nissan Maxima** | **13054.00** | **Abandon Interest** |
| **Green Tree Servicing** | **1998 Mobile Home** | **33,292.00** | **Abandon Interest** |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:   **-NONE-**

**UNSECURED DEBTS** totaling approximately $  **11,860.27**  are to be paid in deferred payments to creditors that have filed claims that are not disallowed:  ____ IN FULL or  **100** % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ **2800.00**
Attorney Fees Previously Paid $ **200.00**
Attorney fees to be paid through the plan $ **2600.00**

Pay administrative costs and debtor's attorney fees
Pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone # / Email)
**Michael Williams 7252**
**PO Box 2957**
**Meridian, MS 39302**

Telephone/Fax

Telephone/Fax  **601-485-6355/601-482-3351**
E-mail Address

DATE: **July 12, 2011**     DEBTOR'S SIGNATURE        **/s/ Tony Lafrance Brown**
                            JOINT DEBTOR'S SIGNATURE  **/s/ Ammie Fay Brown**
                            ATTORNEY'S SIGNATURE      **/s/ Michael Williams**